UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br><br>COURTNEY MARIE PETERSON,<br><br>Defendant. | Case No. 1:25-cr-187-RCT<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE CASE |

## ORDER

The Government's unopposed Motion to Unseal the Case (Dkt. 14) is **GRANTED**. The Case will be unsealed according to the normal practice in the District of Idaho when the Defendant appears and waives indictment on October 9, 2025.

Defendant's Sentencing Memorandum and Request for Variance (Dkt. 13) are further addressed in a contemporaneously filed Order.

**IT IS SO ORDERED.**

DATED: October 07, 2025

*Richard C. Tallman*
Richard C. Tallman
UNITED STATES CIRCUIT JUDGE