PAM BONDI
UNITED STATES ATTORNEY GENERAL
KURT G. ALME
UNITED STATES ATTORNEY FOR THE DISTRICT OF MONTANA
RYAN G. WELDON
SPECIAL ATTORNEY UNDER 28 U.S.C. § 515
DISTRICT OF MONTANA
101 E. FRONT STREET, SUITE 401
MISSOULA, MT 59802
TELEPHONE: (406) 542-8851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY MARIE PETERSON,<br><br>Defendant. | Case No. 1:25-cr-187-AKB<br><br>INFORMATION<br><br>DISTRIBUTION OF METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>(Penalty: Twenty years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

THE UNITED STATES ATTORNEY CHARGES:

That in approximately September 2023, at Idaho Maximum Security Institution, in Kuna, within Ada County, in the State and District of Idaho, the defendant, COURTNEY MARIE PETERSON, knowingly and unlawfully

///

///

1

distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

DATED this 18th day of June, 2025.

_____
RYAN G. WELDON
Special Attorney Under 28 U.S.C. § 515

_____
KURT G. ALME
United States Attorney for the District of Montana

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney