**CRIMINAL PROCEEDINGS** – **Initial Appearance/Arraignment/Plea/Sentencing**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Richard C. Tallman                Date: 10/9/2025
Case No. 1:25-cr-187-RCT               Courtroom Deputy: Sunny Trumbull
Location: Boise, ID                        Court Reporter: Tiffany Fisher
Time: 2:56 – 4:25 p.m.

**UNITED STATES OF AMERICA v. COURTNEY MARIE PETERSON**

Counsel for    United States: Ryan G. Weldon
               Defendant: Jeffrey Brownson
               Probation officer: Tonya McDonald

**Initial Appearance and Arraignment**

Defendant sworn.
Constitutional Rights advised.
Court advised counsel of Due Process Protections Act.
Waiver of Indictment entered.
Maximum penalties provided: Up to 20 years imprisonment, a term of 3 years to life of supervised release, a $1,000,000 fine and a $100 special assessment.
☐Indictment    ☒ Information    ☐ Complaint
          ☐ Copy furnished to defendant/understands the charges and maximum penalties
          ☐ Read by Clerk    ☒ Waived Reading ☐ Read by Interpreter

**Plea Hearing**

Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and her attorney's advice.
Defendant's Constitutional Rights explained, and defendant stated she understood her rights.
Maximum punishment stated again for the record and the defendant stated she understood the maximum penalties.
Counsel for the Government stated for the record the elements and evidence of the charge. The defendant understands the maximum penalties and elements of the charge and agree with Assistant U.S. Attorney's statement as to the factual elements.
Defendant and counsel advise the change of plea is knowledgeable and voluntary, have discussed potential defenses and understand the rights which are being given up and enter a plea of guilty to Count 1 of the Information.

Plea accepted by the Court.

**Sentencing**

No objections to presentence report. Presentence report and addendum adopted by the Court.
The Court granted a 1-level reduction for acceptance of responsibility.
The Court granted a 2-level reduction.
Sentencing guidelines and variances stated on the record.
Each of counsel made statements and recommendations to the Court.
Defendant presented statements to the Court on her own behalf.

The Court addressed 3553(a) factors.

**SENTENCE:** Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for term of 12 months and 1 day.

It is further ordered that the defendant shall pay to the United States a $100 special assessment, due and payable immediately. Interest waived. Fine waived.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

During the term of supervised release, the defendant shall comply with all mandatory, standard and special terms of supervised release as stated in the Final Presentence Report (ECF no. 10) and Sentencing Recommendation (ECF no. 11), as outlined in the judgment in this case, and as the Court explained today.

The Court recommended that the defendant be housed in the facility in Bryan Texas.

(X) Defendant advised of penalties for violation of terms and conditions of supervised release and waived formal reading of each term.
(X) Right to appeal explained.
(X) Defendant ordered to self-surrender to the institution designated by the Bureau of Prisons at the direction of Probation. Defendant advised of penalties for failure to surrender.
(X) Defendant released under the terms and conditions outlined in the Order Setting Conditions of Release. Order Setting Conditions of Release entered.